# HUBELL & ASSOCIATES LLC

2 GRAND CENTRAL TOWER
140 EAST 45TH STREET, 44TH FLOOR
NEW YORK, N.Y. 10017

TELEPHONE: (212) 710-5003
FACSIMILE: (212) 661-9036

www.hubelllaw.com

RICHARD A. HUBELL

HON. BARRY A. COZIER (RET.)
OF COUNSEL

July 18, 2019

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

Re:   *Wimbledon Financing Master Fund, Ltd. v. Bienert Miller & Katzman, PLC, et al.*, **Case No. 1:18-cv-8004-PAE – Pre-Motion Letter**

Dear Judge Engelmayer:

On behalf of Defendants, pursuant to the Court's May 6, 2019 Order (Doc. No. 30), we submit this letter indicating that we intend to rely on our previously submitted pre-motion letter dated May 1, 2019 (Doc. No. 28), regarding Defendants' anticipated motion for summary judgment.

Respectfully submitted,

Hubell & Associates LLC

By: _____
Richard A. Hubell
Barry A. Cozier, Of Counsel