UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
WIMBLEDON FINANCING MASTER FUN, LTD.,   :
: 1:18-cv-08004 (PAE)
:
Plaintiff,   :
:
:
-v-   :
:
BIENERT, MILLER & KATZMAN, PLC and   :
STEVEN J. KATZMAN   : **NOTICE OF APPEARANCE**
:
Defendants.   :
------------------------------------------------------------X

PLEASE TAKE NOTICE that CHANDNI ROY of Kaplan Rice LLP hereby appears as counsel for Plaintiff, The Wimbledon Financing Master Fund, Ltd. in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
November 23, 2021

KAPLAN RICE LLP

By: /s/ Chandni Roy
    Chandni Roy

142 West 57th Street
Suite 4A
New York, New York 10019
(212) 235-0300
croy@kaplanrice.com

*Attorneys for Plaintiff Wimbledon Financing Master Fund, Ltd.*

TO:   Counsel of Record (via ECF)