

**KAPLAN RICE LLP**

142 West 57th Street, Suite 4A, New York, NY 10019

Howard J. Kaplan
Partner
Email: hkaplan@kaplanrice.com
Direct: 212.333.0219

December 6, 2021

**VIA EMAIL**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:    *Wimbledon Financing Master Fund, Ltd. v. Bienert Miller & Katzman, PLC and Steven J. Katzman*, Case No. 1:18-cv-8004-PAE

Dear Judge Engelmayer:

    We represent Wimbledon Financing Master Fund, Ltd. ("Wimbledon") in the above-referenced action. We write to correct a statement made by counsel to Defendants at the hearing on the parties' respective summary judgment motions before Your Honor on December 2, 2021. Defendants' counsel argued that Wimbledon had never domesticated its judgment against David Bergstein in California. In fact, Wimbledon domesticated the judgment in California on November 7, 2017 and the domesticated judgment was served on Bergstein on November 27, 2017. The domesticated judgment, notice of filing and proof of service are attached as **Exhibit A**.

    Defendants' counsel declined to join in this submission.

                              Respectfully submitted,

                              */s/ Howard J. Kaplan*

                              Howard J. Kaplan

cc: Richard A. Hubell
     Barry A. Cozier