```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
WIMBLEDON FINANCING MASTER FUND LTD.,                             :
                                                                  :
                              Plaintiff,                          :    18 Civ. 8004 (PAE)
              -v-                                                 :
                                                                  :    ORDER
BIENERT MILLER & KATZMAN, PLC and STEVEN J.                       :
KATZMAN,                                                          :
                                                                  :
                              Defendants.                         :
                                                                  X
------------------------------------------------------------------
```

PAUL A. ENGELMAYER, District Judge:

On August 2, 2022, the Court issued an Opinion & Order resolving the parties' cross-motions for summary judgment. *See* Dkt. 102. The Court stated that it would commission from the parties a joint letter with their views as to appropriate next steps, in particular, as to the causation element.

By August 18, the parties are directed to file such a joint letter.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer
United States District Judge

Dated: August 4, 2022
       New York, New York