UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WIMBLEDON FINANCING MASTER FUND LTD.,

                              Plaintiff,

-v-

BIENERT MILLER & KATZMAN, PLC AND STEVEN J. KATZMAN,

                              Defendants.

18 Civ. 8004 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court, having been advised by Magistrate Judge Aaron that all claims asserted herein have been settled in principle, ORDERS that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within 60 days of the date of this Order if the settlement is not consummated.

      The Court understands that the process of obtaining the necessary approvals for the settlement may take more time than is customary. For that reason, this order gives the parties 60 days, rather than the customary 30 days, to move to reopen this case. Counsel are at liberty, prior to that point, to move for the further extension of that deadline, to enable them to finalize the settlement. However, absent an authorized extension of that deadline, any application to reopen must be filed within 60 days of this Order. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 60-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record. Any proposed order approving the

settlement agreement that seeks the Court's continued jurisdiction should either (1) expressly state that the Court retains jurisdiction to enforce the agreement or (2) incorporate the terms of the settlement agreement in the order.

The Clerk of Court is respectfully directed to terminate any outstanding deadlines and close this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 27, 2023
New York, New York